UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CORDEL McDONALD,

                     Plaintiff,

   -against-

THE CITY OF NEW YORK, NEW YORK
CITY POLICE DEPARTMENT,
ARRESTING OFFICERS OF THE 67TH PRECINCT,
POLICE OFFICER ADE AJASA, TAX # 941326,
SERGEANT NOEL LAWRENCE, TAX # 938826

                Defendants,
----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**
DOCKET # **CV 2013-0587**

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF RICHMOND  )

      **WAI TAK JOE**, being duly sworn deposes and says, that Deponent is not a party to the action, is over 18 years of age and resides in the State of New York.

      On February 4th, 2013, deponent served a copy of a **Summons In a Civil Action, Civil Cover Sheet, Certification of Arbitration Eligibility, Disclosure Statement – Federal Rules Civil Procedure 7.1, Complaint Demanded for Jury Trial, Individual Rules of Senior Judge I. Leo Glasser, and Individual Rules of Magistrate Judge Robert M. Levy** upon Sergeant Noel Lawrence Tax Registry # 938826 by serving Police Officer Siokas of the Narcotic Boro Brooklyn South and is authorized to accept service on Sergeant Noel Lawrence Tax Registry # 938826 behalf.

Service Address
**Narc Boro Brooklyn South**
**860 A Remsen Avenue, 2nd fl**
**Brooklyn, NY, 11236**

Name & Description of Party Served
Name:  **Police Officer Siokas**
Sex:    **Male**
Color:  **White**
Hair:   **Brown**
Approx. Age:  32-37
Approx. Height:  5'10-5'11
Approx. Weight:  185-190
Approx. Time:  12:22 p.m.

X _____
      WAI TAK JOE
      LIC # 1175449

Sworn to before me this
4th Day of February 2013

_____
Notary Public

JENNIFER LAU
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LA6164777
Qualified in Richmond County
Certificate Filed in New York County
My Commission Expires April 30, 20 15