

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES F. HORTON**
*Assistant Corporation Counsel*
phone: (212) 356-2647
fax: (212) 788-9776
email: jhorton@law.nyc.gov

November 8, 2013

**VIA ECF**
Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Cordell McDonald v. City of New York, et al.,
13-CV-587 (ILG) (RML)

Your Honor:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. Defendants write to inform the Court that the parties have reached an agreement to settle this matter. Accordingly, enclosed herein for the Court's endorsement please find a fully executed Stipulation and Order of Dismissal.

Thank you for your consideration herein.

Respectfully submitted,

/s/
James F. Horton
*Assistant Corporation Counsel*

Enc.

cc:     <u>VIA ECF</u>
Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>VIA ECF</u>
Andrew C. Laufer, Esq.
*Attorney for Plaintiff*
Law Office of Andrew C. Laufer, PLLC
255 West 36th Street, Suite 1104
New York, New York 10018
Tel: (212) 422-1020
Fax: (212) 422-1069