UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

CORDEL MCDONALD,

                                       Plaintiff,

                -against-

THE CITY OF NEW YORK, et al.,

                                    Defendants.

---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13-CV-587 (ILG) (RML)

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y
★ NOV 12 2013 ★
BROOKLYN OFFICE

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Laufer Law Group<br>*Attorneys for Plaintiff Cordel McDonald*<br>255 West 36th Street, Suite 1104<br>New York, New York 10018<br>(212) 422-1020<br><br>By: _____<br>Andrew C. Laufer<br>*Attorney for Plaintiff* | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants*<br>100 Church Street, Rm. 3-311<br>New York, New York 10007<br><br>By: _____<br>James Horton<br>*Assistant Corporation Counsel* |

SO ORDERED

s/ILG

HON. I. LEO GLASSER, SR.
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       11/13, 2013

2